**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

Case No. 15-17680-RAM
Chapter 13

Victoria Esson
SSN: xxx-xx-0681
Debtor. /

**CLERK'S NOTICE RESCINDING *NOTICE OF CHAPTER 13 BANKRUPTCY CASE, MEETING OF CREDITORS AND RELATED DEADLINES***

**To All Parties of Record:**

**NOTICE IS GIVEN** that a *Notice of Chapter 13 Meeting of Creditors, Deadlines and Court's Confirmation Procedures* was mailed to all creditors in this case on August 26, 2015 [ECF #54], establishing September 24, 2015 as the meeting of creditors, November 10 2015 as the confirmation hearing date, December 23, 2015 as the deadline to file Proofs of Claim and November 23, 2015 as deadline to determine dischargeability of certain debts. A review of the court record indicates that this notice was erroneously entered on the docket, as a *Notice of Chapter 13 Meeting of Creditors, Deadlines and Court's Confirmation Procedures* had been previously mailed to all creditors on April 30, 2014 [ECF #9].

**NOTICE IS GIVEN:** That the second *Notice of Chapter 13 Meeting of Creditors, Deadlines and Court's Confirmation Procedures* [Doc. Entry #54] is **RESCINDED**. Pursuant to court order entered on August 26, 2015 [ECF #53], the confirmation hearing shall remain scheduled for **September 15, 2015 at 1:30 p.m.**

Dated: September 2, 2015

JOSEPH FALZONE
CLERK OF COURT

*Diana Cohen*
Diana Cohen
Senior Case Administrator

cc: All parties of record