United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 15-17680-RAM
Victoria Esson                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1        User: cohend              Page 1 of 2             Date Rcvd: Sep 02, 2015
                        Form ID: pdf004            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2015.
```
db             +Victoria Esson,    19651 NW 58 Avenue,    Hialeah, FL 33015-4909
cr             +Ocwen Loan Servicing, LLC,    c/o Jennifer Castro, ESQ.,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.,    Suite 100,    Boca Raton, FL 33487-2853
cr             +The Chidester Group, LLC,    c/o Hernandez & Suarez, P.L.,    215 West 49 Street,
                 Hialeah, FL 33012-3713
92969806       +Capital One,   Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
92969808       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
92969809       +Credit First/CFNA,    BK13 Credit Operations,    PO Box 818011,    Cleveland, OH 44181-8011
93002022       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
92969812       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
92969814       +JMI Ventures, LLC,    1691 MICHIGAN AVENUE,    SUITE 320,    MIAMI BEACH, FL 33139-2561
93003688       +Midland Credit Management, Inc.,    as agent for Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
92969817       +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
92969818       +Receivables Performanc,    20816 44th Ave Wes,    Lynnwood, WA 98036-7744
93083946        Wells Fargo,    P.O. Box 96074,    Charlotte, NC 28296-0074
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 03 2015 00:37:15
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: rmscedi@recoverycorp.com Sep 03 2015 00:28:47     Recovery Management Systems Corp,
                 25 SE 2 Ave #1120,    Miami, FL 33131-1605
92969807       +E-mail/Text: coafinternalbkteam@capitaloneauto.com Sep 03 2015 00:35:02
                 Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
93004516       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 03 2015 00:37:24
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
92969810       +E-mail/Text: creditonebknotifications@resurgent.com Sep 03 2015 00:33:44     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
92984530        E-mail/PDF: mrdiscen@discover.com Sep 03 2015 00:29:03     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
92969811       +E-mail/PDF: mrdiscen@discover.com Sep 03 2015 00:29:03     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
92969813       +E-mail/Text: bankruptcy@gulfcoastcollection.com Sep 03 2015 00:34:07    Gulf Coast Collection,
                 5630 Marquesas Cir,    Sarasota, FL 34233-3331
93176445        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2015 00:29:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
93060342        E-mail/Text: bkr@cardworks.com Sep 03 2015 00:33:35     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
92969815       +E-mail/Text: bkr@cardworks.com Sep 03 2015 00:33:35     Merrick Bk,   Attn: Bankruptcy,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
92969816       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 03 2015 00:34:19    Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
92969805      ##+Ars Account Resolution,    1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 113C-1          User: cohend                Page 2 of 2                  Date Rcvd: Sep 02, 2015
                              Form ID: pdf004             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2015 at the address(es) listed below:
              Alejandro  Sixto    on behalf of Debtor  Victoria   Esson sixtostu@gmail.com
              Dayren L. Suarez    on behalf of Creditor   The Chidester Group, LLC dsuarez@miamilawgroup.com,
               ds@miamilawgroup.com;legal@miamilawgroup.com;secretary@miamilawgroup.com
              Jennifer  Castro, Esq.    on behalf of Creditor   Ocwen Loan Servicing, LLC jcastro@kraskerlaw.com
              Nancy K. Neidich     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

Victoria Esson
SSN: xxx-xx-0681

                    Debtor. /

Case No. 15-17680-RAM
Chapter 13

**CLERK'S NOTICE RESCINDING** *NOTICE OF CHAPTER 13 BANKRUPTCY CASE, MEETING OF CREDITORS AND RELATED DEADLINES*

**To All Parties of Record:**

    **NOTICE IS GIVEN** that a *Notice of Chapter 13 Meeting of Creditors, Deadlines and Court's Confirmation Procedures* was mailed to all creditors in this case on August 26, 2015 [ECF #54], establishing September 24, 2015 as the meeting of creditors, November 10 2015 as the confirmation hearing date, December 23, 2015 as the deadline to file Proofs of Claim and November 23, 2015 as deadline to determine dischargeability of certain debts. A review of the court record indicates that this notice was erroneously entered on the docket, as a *Notice of Chapter 13 Meeting of Creditors, Deadlines and Court's Confirmation Procedures* had been previously mailed to all creditors on April 30, 2014 [ECF #9].

    **NOTICE IS GIVEN:** That the second *Notice of Chapter 13 Meeting of Creditors, Deadlines and Court's Confirmation Procedures* [Doc. Entry #54] is **RESCINDED**. Pursuant to court order entered on August 26, 2015 [ECF #53], the confirmation hearing shall remain scheduled for **September 15, 2015 at 1:30 p.m.**

Dated: September 2, 2015

                    JOSEPH FALZONE
                    CLERK OF COURT


                    *Diana Cohen*
                    Diana Cohen
                    Senior Case Administrator

cc: All parties of record